1  Leslie R. Weatherhead
   Nathan G. Smith
2  WITHERSPOON KELLEY
3  422 West Riverside Avenue, Suite 1100
   Spokane, Washington 99201-0300
4  Phone: 509-624-5265
5  Counsel for Defendant,
   BNSF Railway Company
6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF WASHINGTON

10
   B & S HOLDINGS, LLC, a Washington
11 limited liability company,                    Case No. 12-CV-387-TOR

12                              Plaintiff,
                                                 DEFENDANT BNSF RAILWAY
13     vs.                                       COMPANY'S CROSS-MOTION
                                                 TO DISMISS
14
15 BNSF RAILWAY COMPANY, a
   Delaware corporation, CITIBANK N.A., a
16 National Banking Association, successor
17 to THE FIRST NATIONAL BANK OF
   THE CITY OF NEW YORK; and U.S.
18 BANK TRUST NATIONAL
   ASSOCIATION, a National Banking
19 Association, successor to MORGAN
20 GUARANTY TRUST COMPANY OF
   NEW YORK,
21
22                            Defendants.

23

24     Defendants move this Court for an order dismissing the Complaint. This
25
26 motion is based upon Fed. R. Civ. P. 12(b)(1), and on the facts more fully set forth
27 in the Response to B&S Holdings, LLC's Motion to Remand and Memorandum in
28

DEFENDANT'S CROSS-MOTION TO DISMISS - 1       WITHERSPOON·KELLEY
                                             Attorneys & Counselors
                                             422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
                                             Spokane, Washington 99201-0300         Fax: 509.458.2728

Support of Cross-Motion to Dismiss and the Declaration of Leslie R. Weatherhead

Re: Motion to Dismiss filed herewith.

Respectfully submitted this 19th day of July, 2012.

**WITHERSPOON · KELLEY**

_s/ Leslie R. Weatherhead_
Leslie R. Weatherhead, WSBA No. 11207
Nathan G. Smith, WSBA No. 39699

*Attorneys for Defendant,*
*BNSF Railway Company*

DEFENDANT'S CROSS-MOTION TO DISMISS - 2



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2012,

1.  I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    **Donald L. Dimmitt:** dond@jdsalaw.com, lisah@jdsalaw.com

2.  I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at the address listed below: **none.**

3.  I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **none.**

4.  I hereby certify that I caused to have overnighted the document to the following participants at the addresses listed below: **none.**

*s/ Leslie R. Weatherhead*
Leslie R. Weatherhead, WSBA No. 11207

DEFENDANT'S CROSS-MOTION TO DISMISS - 3

 WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728